Fulton County Superior Court
***EFILED***MH
Date: 11/2/2015 1:37:16 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RICHARD HARRISON, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) CIVIL ACTION FILE <br> ) |
| AMERICAN AIRLINES, INC. <br> Defendant. | ) NO. 2015CV267016 <br> ) |

### PLAINTIFF'S FIRST AMENDMENT TO HIS COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Richard Harrison (hereinafter "Plaintiff Harrison") in the above-styled action and by and through his counsel of record hereby makes this his First Amendment to His Complaint for Damages, showing the Court as follows:

1.

The Plaintiff incorporates by reference the original Complaint and the prayers for relief. The Plaintiff amends his Complaint by adding paragraphs 10 through 13 and the prayers for relief as set forth below to his Complaint:

10.

Plaintiff Harrison was injured when the baggage system started to rotate while he was in the inside of the baggage system clearing the bags.

11.

Once Plaintiff Harrison was outside of the baggage system he immediately confirmed that he had indeed activated the safety devise as it was still "RED". However, the baggage system started and continued to rotate even when the safety routine was properly followed.

**Exhibit B**
**Page 1**

12.

American Airlines failed to ensure that the safety mechanism associated with the Emergency Stop (E-Stop) on carousel Number 2 was properly operating so as to prevent any employees from being harmed.

13.

As a direct and proximate result of Defendant American Airlines' negligence and/or negligence *per se*, Plaintiff Harrison has suffered injuries of a personal and pecuniary nature, including but not limited to medical expenses, physical pain and suffering, physical and emotional trauma, and lost earnings and/or loss of earning capacity all in such amounts as will be proved by the evidence adduced at trial.

**WHEREFORE,** Plaintiff Harrison prays that:

a) process issue and service be made upon Defendant American Airlines, requiring them to answer according to law;

b) the Court enter judgment in favor of Plaintiff Harrison and against Defendant American Airlines for general and special damages as described hereinabove, in an amount to be determined at trial;

> Respectfully submitted,
> BRYMAN & CLERKE, P.A.
>
> W. Henry Clerke, IV
> Georgia Bar Number 169630
> Counsel for Plaintiff

630 Village Trace
Building 15, Suite E
Marietta, Georgia  30067
Telephone (770) 612-0909
Email whciv@mindspring.com

**Exhibit B
Page 2**

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RICHARD HARRISON,<br>Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION FILE<br>) |
| AMERICAN AIRLINES, INC.<br>Defendant. | ) NO. 2015CV267016<br>) |

**CERTIFICATE OF SERVICE**

This is to certify that I have, this day, served a copy of the foregoing "Plaintiff's First Amendment to His Complaint for Damages" upon the following individual by emailing and by mailing a copy of same in the United States mail with proper postage attached thereon and addressed as follows:

> Meredith J. Lees, Esq.
> Rumberger, Kirk & Caldwell
> 2001 Park Place North
> Suite 1300
> Birmingham, Alabama 35203
> mlees@rumberger.com

This 2nd day of November, 2015.

_____
W. Henry Clerke, IV

630 Village Trace
Building 15, Suite E
Marietta, Georgia 30067
Telephone (770) 612-0909
Facsimile (770) 612-0409
Email whciv@mindspring.com

-3-

**Exhibit B**
**Page 3**